**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Qaaid REDDICK, Defendant-Appellant.**

**No. 16-15330**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(April 28, 2017)

R. Brian Tanner, James D. Durham, `E. Gregory Gilluly, Jr., Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff-Appellee

Before HULL, WILSON and JILL PRYOR, Circuit Judges.

PER CURIAM:

J. Wrix McIlvaine, appointed counsel for Qaaid Reddick in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Reddick's convictions and sentences are **AFFIRMED**.